**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

SHARON STRICKLAND                                                                                  PLAINTIFF

V.                                                                      CIVIL ACTION NO. 1:21-CV-088-GHD-RP

JAMIME M. KINKENNON, et al.                                                                   DEFENDANTS

## ORDER REMANDING CASE

Having examined the Response to the Order to Show Cause filed by Defendant Jaime M. Kinkennon, incorrectly identified as Jamime M. Kinkennon [26], and Order to Show Cause [23] itself, the Court finds that this case lacks complete diversity of citizenship and that therefore the Court lacks subject-matter jurisdiction.

It is therefore ORDERED that this case is REMANDED to the Circuit Court of Alcorn County.

SO ORDERED, this, the 23rd day of June, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE